AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| OREGON NATURAL DESERT ASSOCIATION, AUDUBON SOCIETY OF PORTLAND, and DEFENDERS OF WILDLIFE<br><br>*Plaintiff(s)*<br>v.<br>THERESA HANLEY, State Director (Acting), BLM Oregon/Washington, and BUREAU OF LAND MANAGEMENT<br><br>*Defendant(s)* | Civil Action No. 3:19-cv-01550-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Theresa Hanley
Acting State Director
BLM Oregon/Washington
1220 SW 3rd Ave
Portland, OR  97204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Peter M. Lacy
Oregon Natural Desert Association
2009 NE Alberta St., Ste. 207
Portland, OR  97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, **Clerk of Court**

Date: **09/27/2019**

By: **s/J Norgate, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01550-SB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Theresa Hanley, State Director (Acting), BLM OR/WA
was received by me on *(date)* 09/27/2019 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons and Complaint by mail on Sept. 30, 2019 to the address on the Summons and by mail to the U.S. Attorney for the District of Oregon and the U.S. Attorney General in compliance with FRCP 4(i)(1),(2). Service is complete upon mailing per FRCP 5(b)(2)(C).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/02/2019

s/ Peter M. Lacy
*Server's signature*

Peter M. Lacy, Senior Attorney
*Printed name and title*

Oregon Natural Desert Association
2009 NE Alberta St., Suite 207
Portland, OR 97211
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| OREGON NATURAL DESERT ASSOCIATION, AUDUBON SOCIETY OF PORTLAND, and DEFENDERS OF WILDLIFE <br><br> *Plaintiff(s)* <br> v. <br> THERESA HANLEY, State Director (Acting), BLM Oregon/Washington, and BUREAU OF LAND MANAGEMENT <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:19-cv-01550-SB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bureau of Land Management
National Office
1849 C Street NW
Rm. 5665
Washington, DC 20240


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Peter M. Lacy
Oregon Natural Desert Association
2009 NE Alberta St., Ste. 207
Portland, OR  97211


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**MARY L. MORAN, Clerk of Court**

Date: **09/27/2019**

By: **s/J Norgate, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01550-SB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bureau of Land Management

was received by me on *(date)* 09/27/2019.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the Summons and Complaint by mail on Sept. 30, 2019 to the address on the Summons and by mail to the U.S. Attorney for the District of Oregon and the U.S. Attorney General in compliance with FRCP 4(i)(1),(2). Service is complete upon mailing per FRCP 5(b)(2)(C).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/02/2019

s/ Peter M. Lacy
*Server's signature*

Peter M. Lacy, Senior Attorney
*Printed name and title*

Oregon Natural Desert Association
2009 NE Alberta St., Suite 207
Portland, OR 97211
*Server's address*

Additional information regarding attempted service, etc:

**Subject:** USPS eReceipt
**From:** DoNotReply@ereceipt.usps.gov
**Date:** 9/30/2019, 2:10 PM
**To:** LACY@ONDA.ORG



```
==============================================================
                        HOLLADAY PARK
                      815 NE SCHUYLER ST
                    PORTLAND, OR, 97212-4039
                          406777-0012
                         (800)275-8777
                       09/30/2019 02:09 PM
==============================================================
==============================================================
--------------------------------------------------------------
Product                         Qty   Unit Price     Price
--------------------------------------------------------------
First-Class Mail®                1       $1.45       $1.45
Large Envelope
    (Domestic)
    (PORTLAND, OR  97204)
    (Weight:0 Lb 3.70 Oz)
    (Estimated Delivery Date)
    (Wednesday 10/02/2019)
Certified                                            $3.50
    (USPS Certified Mail #)
    (70150640000490650092 )
First-Class Mail®                1       $1.45       $1.45
Large Envelope
    (Domestic)
    (PORTLAND, OR  97204)
    (Weight:0 Lb 3.90 Oz)
    (Estimated Delivery Date)
    (Wednesday 10/02/2019)
Certified                                            $3.50
    (USPS Certified Mail #)
    (70150640000490650115 )
First-Class Mail®                1       $1.45       $1.45
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 3.90 Oz)
    (Estimated Delivery Date)
    (Thursday 10/03/2019)
Certified                                            $3.50
    (USPS Certified Mail #)
    (70150640000490650122 )
First-Class Mail®                1       $1.45       $1.45
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20240)
    (Weight:0 Lb 3.70 Oz)
    (Estimated Delivery Date)
    (Thursday 10/03/2019)
Certified                                            $3.50
    (USPS Certified Mail #)
    (70150640000490650085 )
--------------------------------------------------------------
Total:                                              $19.80
--------------------------------------------------------------
Credit Card Remitd                                  $19.80
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX6474)
    (Approval #:68422G)
    (Transaction #:062)
    (AID:A0000000041010         Chip)
    (AL:MasterCard)
    (PIN:Not Required)


              Text your tracking number to 28777
                 (2USPS) to get the latest status.
               Standard Message and Data rates may
               apply. You may also visit www.usps.com
                 USPS Tracking or call 1-800-222-1811.


                        Preview your Mail
                        Track your Packages
                        Sign up for FREE @
                      www.informeddelivery.com



                 All sales final on stamps and postage.
                 Refunds for guaranteed services only.
                      Thank you for your business.

                        HELP US SERVE YOU BETTER

                      TELL US ABOUT YOUR RECENT
                          POSTAL EXPERIENCE

                              Go to:
                 https://postalexperience.com/pos?mt=9

                  840-5970-0099-004-00033-78660-02



                          or call 1-800-410-7420.

                           YOUR OPINION COUNTS




Clerk ID: 12
              Receipt #: 840-59700099-4-3378660-2


Privacy Act Statement: Your information will be used to provide you with an
electronic receipt for your purchase transaction via email. Collection is
authorized by 39 USC 401, 403, and 404. Providing the information is
voluntary, but if not provided, we will be unable to process your request to
receive an electronic receipt. We do not disclose your information to third
parties without your consent, except to facilitate the transaction, to act
on your behalf or request, or as legally required. This includes the
following limited circumstances: to a congressional office on your behalf;
to financial entities regarding financial transaction issues; to a U.S.
Postal Service auditor; to entities, including law enforcement, as required
by law or in legal proceedings; to contractors and other entities aiding us
to fulfill the service (service providers); to process servers; to domestic
government agencies if needed as part of their duties; and to a foreign
government agency for violations and alleged violations of law. For more
information on our privacy policies visit
www.usps.com/privacypolicy.
--------------------------------------------------------------

This is an automated email. Please do not reply to this message. This
message is for the designated recipient only and may contain privileged,
proprietary, or otherwise private information. If you have received it in
error, please delete. Any other use of this email by you is prohibited.
```