AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **OREGON NATURAL DESERT ASS'N**, **AUDUBON SOCIETY OF PORTLAND**, and **DEFENDERS OF WILDLIFE**, <br> *Plaintiffs* <br><br> v. <br><br> **BARRY BUSHUE**, State Director, BLM Ore/Wash, **DAVID BERNHARDT**, in his official capacity as Secretary of the U.S. Dep't of the Interior, **WILLIAM PERRY PENDLEY**, in his official capacity as the person exercising authority of the Director of the Bureau of Land Mgmt. and **BUREAU OF LAND MGMT.** <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:19-cv-01550-SB <br><br><br><br><br><br> **A CIVIL ACTION** |

To: *(Defendant's name and address)*   David Bernhardt
Secretary, U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter M. Lacy
Oregon Natural Desert Association
2009 NE Alberta St., Ste. 207
Portland, OR  97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **12/14/2020**

By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01550-SB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior

was received by me on *(date)* December 14, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the Summons and Second Amended Complaint by mail on Dec. 14, 2020 to the address on the Summons and to the Civil-Process Clerk at the U.S. Attorney's Office for the District of Oregon and the U.S. Attorney General, in compliance with FRCP 4(i)(1)-(2). Service is complete upon mailing. FRCP 5(b)(2)(C).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/14/20

s/ Peter M. Lacy
*Server's signature*

Peter M. Lacy, Senior Attorney
*Printed name and title*

Oregon Natural Desert Association
2009 NE ALberta St., Ste. 207
Portland, OR 97211
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **OREGON NATURAL DESERT ASS'N**, **AUDUBON SOCIETY OF PORTLAND**, and **DEFENDERS OF WILDLIFE**, <br> *Plaintiffs* <br><br> v. <br><br> **BARRY BUSHUE**, State Director, BLM Ore/Wash, **DAVID BERNHARDT**, in his official capacity as Secretary of the U.S. Dep't of the Interior, **WILLIAM PERRY PENDLEY**, in his official capacity as the person exercising authority of the Director of the Bureau of Land Mgmt. and **BUREAU OF LAND MGMT.** <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:19-cv-01550-SB <br><br><br><br> **A CIVIL ACTION** |

To: *(Defendant's name and address)*  William Perry Pendley
Bureau of Land Management
760 Horizon Drive
Grand Junction, CO 81506

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Peter M. Lacy
Oregon Natural Desert Association
2009 NE Alberta St., Ste. 207
Portland, OR  97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **12/14/2020**

**MARY L. MORAN, Clerk of Court**

By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-01550-SB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Perry Pendley, in his official capacity as the person exercising authority of the Director of the Bureau of Land Management
was received by me on *(date)* December 14, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the Summons and Second Amended Complaint by mail on Dec. 14, 2020 to the address on the Summons and to the Civil-Process Clerk at the U.S. Attorney's Office for the District of Oregon and the U.S. Attorney General, in compliance with FRCP 4(i)(1)-(2). Service is complete upon mailing. FRCP 5(b)(2)(C).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/14/20

s/ Peter M. Lacy
*Server's signature*

Peter M. Lacy, Senior Attorney
*Printed name and title*

Oregon Natural Desert Association
2009 NE ALberta St., Ste. 207
Portland, OR 97211
*Server's address*

Additional information regarding attempted service, etc:



```
              PostalAnnex+ #338
                503-284-6092
               503-284-6110 fax

         Your neighborhood owned and operated
              Copy/Print/Pack/Ship Center
                    FedEx & UPS



Shipment--------------------
   USPS First Class Mail Flat
   Ship To:
       US ATTORNEY'S OFFICE OF DIS. OF OR
       1000 SW 3RD AVE STE 600
       CIVIL PROCESS CLERK
       PORTLAND, OR 97204-2936
   Package                         8.71
   Tracking #:   9407111108036824297582
Shipment--------------------
   USPS First Class Mail Flat
   Ship To:
       WILLIAM P. BARR, ATTORNEY GENERAL
       US DEPT OF JUSTICE
       950 PENNSYLVANIA AVE NW
       WASHINGTON, DC 20530
   Package                         8.71
   Tracking #:   9407111108036824291719
Shipment--------------------
   USPS First Class Mail Flat
   Ship To:
       WILLIAM PERRY PENDLEY
       BUREAU OF LAND MANAGEMENT
       760 HORIZON DR
       GRAND JUNCTION, CO 81506
   Package                         8.71
   Tracking #:   9407111108036824229729
Shipment--------------------
   USPS First Class Mail Flat
   Ship To:
       DAVID BERNHARDT, SECRETARY
       US DEP'T OF THE INTERIOR
       1849 C ST NW
       WASHINGTON, DC 20240-0001
   Package                         8.71
   Tracking #:   9407111108036824223840

        SUBTOTAL              34.84
        TAX                    0.00
        TOTAL                 34.84
   TEND MasterCard            34.84

Total shipments: 4
OREGON NATURAL DESERT ASSOC

                              12/14/2020
#823381                       01:13 PM
Workstation: 55 - REG3
CCTran# a3c8d79d-bda2-4741-82ae-2b118b7e1bea




        *******************************
           Take $1.00 off UPS or FedEx
              One package per coupon
                   Thank you!
        *******************************
```