TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

SCOTT ERIK ASPHAUG
United States Attorney
District of Oregon

EMMA HAMILTON (CA Bar No. 325360)
Trial Attorney, Natural Resources Section
999 18th Street – South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1361
Fax: (303) 844-1350
emma.hamilton@usdoj.gov

*Attorney for Federal Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| OREGON NATURAL DESERT ASS'N, AUDUBON SOCIETY OF PORTLAND, and DEFENDERS OF WILDLIFE, <br><br> Plaintiffs, <br><br> v. <br><br> BARRY BUSHUE, State Director, BLM Oregon/Washington, and BUREAU OF LAND MANAGEMENT, <br><br> Defendants, <br><br> and <br><br> CAHILL RANCHES, INC., an OREGON CORPORATION, <br><br> Defendant-Intervenor. | Case No. 3:19-cv-01550-SB <br><br> DEFENDANTS' NOTICE OF APPEARANCE |

1

Federal Defendants hereby enter the appearance of Emma L. Hamilton, United States Department of Justice, as counsel of record on behalf of Federal Defendants in this matter. Service of all papers by U.S. Mail, hand delivery, or overnight service should be made as follows:

> Emma L. Hamilton
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 999 18th Street
> South Terrace, Suite 370
> Denver, CO 80202
> Tele: (303) 844-1361
> Fax: (303) 844-1350
> Email: emma.hamilton@usdoj.gov

Ms. Hamilton's telephone number is (303) 844-1361; her facsimile number is (303) 844-1350; and her email address is emma.hamilton@usdoj.gov. Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

Respectfully submitted this 22nd day of August, 2022.

> TODD KIM
> Assistant Attorney General
> U.S. Department of Justice
> Environment & Natural Resources Division
>
> SCOTT ERIK ASPHAUG
> United States Attorney
> District of Oregon
>
> /s/ Emma L. Hamilton
> EMMA L. HAMILTON
> Trial Attorney

Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tele: (303) 844-1361
Fax: (303) 844-1350
emma.hamilton@usdoj.gov

*Attorney for Federal Defendants*