Aaron Bruner, Ore. Bar #133113
Derek Gauthier, Ore. Bar #185244
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 119-327
Portland, OR 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
Email: abruner@wrlegal.org
Email: dgauthier@wrlegal.org

Attorneys for Defendant-Intervenor

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **OREGON NATURAL DESERT ASS'N, AUDUBON SOCIETY OF PORTLAND,** and **DEFENDERS OF WILDLIFE,** | Civil No. 3:19-cv-01550-SI |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| vs. | |
| **THERESA HANLEY**, in her official capacity as (acting) state director of BLM Oregon/Washington, and **BUREAU OF LAND MANAGEMENT**, an agency of the United States Department of Interior, | |
| Defendants, | |
| and | |
| **CAHILL RANCHES INC.,** an Oregon Corporation, | |
| Defendant-Intervenor. | |

NOTICE OF APPEARANCE - PAGE 1

Please take notice that Derek Gauthier hereby notifies the Court and opposing counsel of his appearance as co-counsel on behalf of Defendant-Intervenor Cahill Ranches, Inc. Attorney Aaron Bruner will remain as counsel for Defendant-Intervenor.

DATED: June 15, 2023             Respectfully submitted,

/s/ Derek Gauthier
Derek Gauthier, Ore. Bar #185244

Western Resources Legal Center
9220 SW Barbur Blvd., Suite 119-327
Portland, OR 97219
Tel: (503) 768-8500
Fax: (503) 222-3255
Email: dgauthier@wrlegal.org

## **CERTIFICATE OF SERVICE**

I, Derek Gauthier, hereby certify that, on June 15, 2023, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated this 15th day of June, 2023.

/s/ Derek Gauthier
Derek Gauthier